IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**SYMETRA LIFE INSURANCE COMPANY,**

    Plaintiff,

    v.                                                            Case No.  2:12-cv-14859-RHC-MJH

**EVE M. GRANCHI, in her capacity as a**             Judge Robert H. Cleland
**Special Personal Representative of the**           Magistrate Judge Michael Hluchaniuk
**ESTATE OF RICHARD F.**
**KOWALCZYK, and THE PROVINCE**
**OF ST. JOSEPH OF THE CAPUCHIN**
**ORDER, INC. d/b/a THE CAPUCHIN**
**SOUP KITCHEN,**

    Defendants.
_____/

## ORDER TO DEPOSIT ADMITTED LIABILITY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that leave is given to Symetra Life Insurance Company to deposit into the Registry of this Court the sum of TWO HUNDRED TWENTY-EIGHT THOUSAND ONE HUNDRED NINETY-FOUR and 87/100 Dollars ($228,194.87), which amount represents Plaintiff's total admitted liability under Annuity Contract No. V000163002 and is subject to competing claims by Defendants.  The Clerk of this Court is hereby directed, upon entry of this Order, to receive said sum, to issue its receipt for same, to deposit the aforesaid sum into an interest bearing account according to the Clerk's normal practice, and to hold said sum pending further order of this Court.

                                          s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: January 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2013, by electronic and/or ordinary mail.

                                                  _s/Lisa Wagner_
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522