**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SYMETRA LIFE INSURANCE
COMPANY,

      Plaintiff,

v.   Case No. 12-14859

EVE M. GRANCHI, in her capacity as a
Special Personal Representative of the
ESTATE OF RICHARD F.
KOWALCZYK, and THE PROVINCE
OF ST. JOSEPH OF THE CAPUCHIN
ORDER, INC. d/b/a THE CAPUCHIN
SOUP KITCHEN,

      Defendants.
                                            /

**ORDER OF DISMISSAL**

Counsel has notified the court that the parties have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **June 30, 2013**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit substitute, stipulated order of dismissal or judgment by **June 30, 2013**.

After June 30, 2013, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 9, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 9, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522